FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 9 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONY MARTINEZ,<br><br>            Plaintiff - Appellant,<br><br>  v.<br><br>COLUMBIA SPORTSWEAR USA CORP., DBA Columbia Sportswear Company 446; EDDIE BAUER, A DELAWARE LLC, DBA Eddie Bauer Outlet R-867; NEW BALANCE ATHLETIC SHOE, INC., DBA New Balance 0015,<br><br>            Defendants - Appellees. | No. 12-16331<br><br>D.C. No. 2:10-cv-01333-GEB-KJN<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

    Upon due consideration, appellees' motion for attorneys' fees and costs on appeal is granted. *McConnell v. Critchlow*, 661 F.2d 116, 118 (9th Cir. 1981); *Molski v. M.J. Cable, Inc.*, 481 F.3d 724, 730 (9th Cir. 2007).

    It was clear at the time that the district court entered final judgment that the claims had no basis in law or fact. *See Galen v. County of Los Angeles*, 477 F.3d 652, 666 (9th Cir. 2007) ("A defendant can recover if the plaintiff violates this standard at any point during the litigation, not just at its inception."). The burden on this court was compounded by appellant filing, within days of oral argument,

both a motion to voluntarily dismiss the appeal and then a motion to withdraw the motion to dismiss.

Appellees' motion for attorneys' fees and costs on appeal is hereby **GRANTED**. Plaintiff and his attorneys, Lynn Hubbard III and Scottlyn Hubbard IV, shall be jointly and severally liable for attorneys' fees in the amount of $24,960. *See First Investors Corp. v. American Capital Financial Services, Inc.*, 823 F.2d 307 (9th Cir. 1987) (imposing costs and attorneys' fees on plaintiff and his attorneys, jointly and severally); *see also Kalgaard v. C.I.R.*, 764 F.2d 1322, 1323 (9th Cir. 1985) (same).